06 CV 4238 (JBW)

LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiff

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 17 2006 ★
BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

WILLIAM O'BRIEN,

   Plaintiff,

v.

ELI LILLY AND COMPANY,

   Defendants.

Case No. C 06 1162 JSW

**STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION**

AND ORDER THEREON

**HON. JEFFREY S. WHITE**

Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff requests dismissal without prejudice of the entire action. Defendant ELI LILLY AND COMPANY, having filed an answer in this action, stipulate to that dismissal.

Dated: _____

**LEVIN SIMES KAISER & GORNICK LLP**

_____
Emily Charley
Attorneys for Plaintiff

Dated: 8/7/06

**REED SMITH LLP**

_____
James M. Wood
Nadia M. Bishop
Dana M. Reedy
Attorneys for Defendants
ELI LILLY AND COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 8, 2006

_____
The Honorable Jeffrey S. White
United States District Court Judge

10/5/06

STIPULATION AND VOLUNTARY DISMISSAL      PAGE 1